United States District Court

Eastern District of California

Larry Joseph Thomas,

    Petitioner,

vs.

A.K. Scribner, et al.,

    Respondents.

No. Civ. S 04-0733 MCE PAN P

Order

-oOo-

March 24, 2005, the district court directed respondent to respond further to petitioner's pleading but did not set a deadline.  Good cause appearing, respondent shall respond to the April 29, 2004, amended petition for habeas corpus within 30 days.

So ordered.

Dated:  May 10, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge