IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JOSEPH THOMAS,** | CIV S 04-0733 MCE PAN P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **A.K. SCRIBNER, Warden,** | |
| Respondent. | |

Respondent has requested an enlargement of time in which to file a response to Petitioner's amended petition.

1. GOOD CAUSE APPEARING, Respondent's request for an enlargement of time is is hereby granted; and

2. Respondent's response to the amended petition is due within thirty days of the date of this order.

Dated: June 21, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

1