United States District Court

Eastern District of California

Larry Joseph Thomas,

   Petitioner,       No. Civ. S 04-0733 MCE PAN

 vs.            Order

A. K. Scribner, et al.,

   Respondents.

         -oOo-

 Good cause appearing, respondents' untimely July 20, 2005, motion for reconsideration is denied without prejudice.

 Respondents shall respond to the petition within 20 days, and may do so by filing and serving either an answer or a motion to dismiss.

 So ordered.

 Dated: October 18, 2005.

           /s/ Peter A. Nowinski
           PETER A. NOWINSKI
           Magistrate Judge