United States District Court

Eastern District of California

Larry Joseph Thomas,

     Petitioner,                  No. Civ. S 04-0733 MCE PAN P

  vs.                           Order

A K Scribner, et al.,

     Respondents.

-oOo-

    November 21, 2005, petitioner filed notices of denial of law library access, which the court construes as requests to extend time to oppose respondent's motion to dismiss.  Good cause appearing, petitioner's requests are granted.  Time is extended to January 30, 2006.  No further extensions will be granted absent a showing of manifest injustice.  So ordered.

    Dated:  December 20, 2005.

                                      /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge