IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOSEPH THOMAS, | No. 2:04-cv-0733-MCE-DAD-P |
|     Petitioner, | |
|   v. | ORDER |
| A.K. SCRIBNER, Warden, et al., | |
|     Respondents. | |
| _____/ | |

On September 11, 2006, petitioner filed a document styled, "Objections To Magistrate Judges [sic] Finding An [sic] Recommedations [sic]," which the court construes as a request for reconsideration of the magistrate judge's order filed September 1, 2006, denying petitioner's July 6, 2006 motion for the appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 1, 2006, is affirmed.

DATED: September 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

/thom0733.850