IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOSEPH THOMAS,

    Petitioner,                       No. CIV S-04-0733 MCE DAD P

    vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus. On September 21, 2006, the District Judge adopted findings and recommendations recommending that respondents' motion to dismiss be denied and that respondents file their answer to the amended petition.

        Accordingly, IT IS HEREBY ORDERED that within forty-five days from the date of this order respondents' shall file their answer to the amended petition for a writ of habeas corpus, filed on April 29, 2004.

DATED: September 27, 2006.

                                            /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:4
thom0733.ans