IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOSEPH THOMAS,

    Petitioner,                    No. CIV S-04-0733 MCE DAD P

    vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 19, 2007, petitioner filed a motion requesting that an order issue requiring the undersigned to make a ruling on the amended petition. Court records indicate that the answer in this action was not filed until November 6, 2006 and that petitioner filed a traverse on April 12, 2007, followed by another traverse filed on April 25, 2007.[1] This case is now submitted for decision and in due course, the court will issue its findings and recommendations.

/////

---

[1] The record also reflects that the action was reassigned to the undersigned on March 17, 2006 with a motion to dismiss pending since November of 2005. On September 1, 2006, the undersigned issued findings and recommendations recommending that the motion to dismiss be denied. Those findings and recommendations were adopted.

1

1 No further order in response to petitioner's motion for a decision will issue. From 2004 through 2007 over 3,500 actions have been filed by California prisoners with the United States District Court for the Eastern District of California seeking habeas relief. The court is well aware of its backlog of submitted cases and is working diligently in that regard. Petitioner is informed that as long as he keeps the court informed of any change of address, no further action on his part is necessary.

Accordingly, IT IS HEREBY ORDERED that petitioner's November 19, 2007 motion shall be placed in the file.

DATED: November 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
thom0733.stat.wpd